44 So.2d 34

## Carl HAMILTON v. STATE.
### 5 Div. 297.

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

48 So.2d 891

## Knox HAMILTON v. STATE.
### 8 Div. 934.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

48 So.2d 891

## Gene HAMMACK v. STATE.
### 8 Div. 942.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

47 So.2d 922

## Alton HAMMONDS v. STATE.
### 7 Div. 66.

Court of Appeals of Alabama.
May 30, 1950.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 913

## Ed HAMMONDS v. STATE.
### 7 Div. 39.

Court of Appeals of Alabama.
Feb. 22, 1950.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

44 So.2d 913

## Mayo HAMMONDS v. STATE.
### 7 Div. 61.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.